**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
NOVEMBER 27, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6662

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
DIANE MADSEN,
    Plaintiff,
v.

GALDONI, LLC d/b/a/ VESUVIO CAFÉ and
CAFÉ VESUVIO,
    Defendant.

Case Number:

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Diane Madsen, Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Kathleen C. Chavez | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kathleen C. Chavez | |
| FIRM <br> CHAVEZ LAW FIRM, P.C. | |
| STREET ADDRESS <br> 28 North First Street, Suite 2 | |
| CITY/STATE/ZIP <br> Geneva, IL 60134 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06255735 | TELEPHONE NUMBER <br> (630) 232-4088 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |