UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DIANE MADSEN

PLAINTIFF(S)

vs.

GALDONI, LLC D/B/A VESUVIO CAFE AND CAFE VESUVIO

DEFENDANT(S)

COURT DATE:

Case No.
**07 CV 6662**

AFFIDAVIT OF SERVICE OF:
**SUMMONS & COMPLAINT**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Dec 04, 2007**, at **11:45 AM**, I served the above described documents upon **GALDONI, LLC D/B/A VESUVIO CAFE AND CAFE VESUVIO** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **MICHAEL HUGHES / REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **19815 GOVERNORS HIGHWAY STE 11, FLOSSMOOR, IL 60422**.

**DESCRIPTION:**   Gender: **M**   Race: **WHITE**   Age: **50**   Hgt: **5'10"**   Wgt: **195**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

**Karen Crohan, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 4th day of December, 2007

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

NOTARY PUBLIC

CLIENT NAME:
Foote, Meyers, Mielke & Flowers, LLC
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
35188