IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANE MADSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07-CV-6662 |
| v. ) | |
| ) | Judge Andersen |
| GALDONI, LLC ) | |
| d/b/a/ VESUVIO CAFÉ and ) | Magistrate Judge Ashman |
| CAFÉ VESUVIO, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT

NOW COMES Plaintiff Diane Madsen, by and through her attorneys, Foote, Meyers, Mielke & Flowers, LLC, for her Motion for Default Judgment Against Defendant, and in doing so states as follows:

1. On November 27, 2007, Plaintiff filed her complaint in this matter in the Northern District of Illinois. *See Complaint, attached hereto as Exhibit A*.

2. On December 4, 2007, Defendant was served with a copy of the complaint through its Registered Agent for Service, Michael Hughes. Said service was effected at 19815 Governors Highway, Suite 11, Flossmoor, Illinois 60422. *See Affidavit of Service, attached hereto as Exhibit B*.

3. Michael Hughes has been the Registered Agent for Service for Defendant since on or about December 13, 2005. *See Listing of Registered Agent, attached hereto as Exhibit C*.

4. As of the date of the filing of this motion, Defendant's Registered Agent for Service was still Michael Hughes, 19815 Governors Highway, Suite 11, Flossmoor, Illinois 60422. *See Listing of Registered Agent, attached hereto as Exhibit C*.

5.  Federal Rule of Civil Procedure 12(a)(1) requires a Defendant to serve a Responsive Pleading to a complaint upon Plaintiff within twenty (20) days of service of the Complaint.

6.  As of the date of the filing of this motion, Defendant has not yet served any responsive pleading upon Plaintiff and has not appeared before this Honorable Court.

7.  As of the date of the filing of this motion, Defendant has not yet even attempted to contact Plaintiff regarding this matter.

8.  On February 11, 2008, Plaintiff's attorney sent a letter to Defendant at Defendant's Principal Office Address, 2 Westbrook Corp. Center, 1st Floor, L020, Westchester 60154, informing them of their failure to comply with Federal Rule of Civil Procedure 12(a)(1). *See February 11, 2008 Letter, attached hereto as Exhibit D*.

9.  On February 29, 2008, the February 11, 2008 letter Plaintiff's attorneys sent to Defendant was returned to Plaintiff's attorneys undelivered by the United States Post Office, with a label stating "Return to Sender; Attempted – Not Known; Unable to Forward." *See February 29, 2008 Envelope, attached hereto as Exhibit E*.

10. Defendant's failure to appear before the Court, serve a responsive pleading upon Plaintiff, and further failure to even attempt to contact Plaintiff or Plaintiff's attorneys regarding this matter, are stark violations of Federal Rule of Civil Procedure 12(a)(1).

WHEREFORE, Plaintiff requests this Honorable Court to enter a Default Judgment in favor of Plaintiff and against Defendant and set this matter for a prove-up on damages.

Dated: March 18, 2008                    Respectfully submitted,

 

FOOTE, MEYERS, MIELKE & FLOWERS, LLC

  /s/ Stephen W. Fung

Robert M. Foote, Esq. (#03124325)
Stephen W. Fung, Esq. (#06289522)
FOOTE, MEYERS, MIELKE & FLOWERS, LLC
28 North First Street, Suite 2
Geneva, Illinois 60134
Telephone: (630) 232-6333
Facsimile (630) 845-8982

Kathleen C. Chavez, Esq. (#06255735)
Chavez Law Firm, P.C.
28 North First Street, Suite 2
Geneva, Illinois 60134
Telephone: (630) 232-4480
Facsimile: (630) 232-8265

Peter L. Currie, Esq. (#06281711)
The Law Firm of Peter L. Currie, P.C.
536 Wing Lane
St. Charles, Illinois 60174

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008, I electronically filed the foregoing **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT** with the clerk of court for the U. S. District Court, Northern District of Illinois, using the electronic case filing system of the court. I further served a copy of this Motion upon Defendant's Registered Agent for Service, Michael Hughes, at 19815 Governors Highway, Suite 11, Flossmoor, Illinois 60422 via prepaid U.S. first-class mail, by placing the same in an envelope correctly addressed, sealed, and with postage fully prepaid thereon, and depositing the same in the United States Post Office box in the City of Geneva, Illinois, on March 18, 2008.

/s/ Stephen W. Fung
Stephen W. Fung