IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIANE MADSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  07-CV-6662 |
| v. | ) | |
| | ) | Judge Andersen |
| GALDONI, LLC | ) | |
| d/b/a/ VESUVIO CAFÉ and | ) | |
| CAFÉ VESUVIO, | ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

     On March 27, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Andersen, or any judge sitting in his stead, in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, Chicago, Illinois, Room 1403, shall then and there present **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT** a copy of which is attached hereto and herewith served upon you.

Dated: March 18, 2008

Respectfully submitted,

FOOTE, MEYERS, MIELKE & FLOWERS, LLC


  /s/Stephen W. Fung
Robert M. Foote, Esq. (#03124325)
Stephen W. Fung, Esq. (#06289522)
FOOTE, MEYERS, MIELKE & FLOWERS, LLC
28 North First Street, Suite 2
Geneva, Illinois 60134
Telephone: (630) 232-6333
Facsimile (630) 845-8982

Kathleen C. Chavez, Esq. (#06255735)
Chavez Law Firm, P.C.
28 North First Street, Suite 2
Geneva, Illinois 60134

Peter L. Currie, Esq. (06281711)
The Law Firm of Peter L. Currie, P.C.
536 Wing Lane
St. Charles, Illinois 60174
Telephone: (630) 862-1130

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2008, I electronically filed the foregoing **NOTICE OF MOTION** with the clerk of court for the U. S. District Court, Northern District of Illinois, using the electronic case filing system of the court. I further served a copy of this Notice of Motion upon Defendant's Registered Agent for Service, Michael Hughes, at 19815 Governors Highway, Suite 11, Flossmoor, Illinois 60422 via prepaid U.S. first-class mail, by placing the same in an envelope correctly addressed, sealed, and with postage fully prepaid thereon, and depositing the same in the United States Post Office box in the City of Geneva, Illinois, on March 18, 2008.

                                                /s/Stephen W. Fung
                                                Stephen W. Fung