## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Diane Madsen
                Plaintiff,

v.                                    Case No.: 1:07–cv–06662
                                    Honorable Wayne R. Andersen

Galdoni LLC
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable Wayne R. Andersen:Plaintiff's motion for default judgment [9] is granted; Motion hearing held on 4/3/2008 regarding motion for default judgment[9]. MOTION by Plaintiff Diane Madsen for default judgment as to[9] ; Status hearing set for prove up on 6/3/2008 at 9:00 a.m.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.