UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Diane Madsen
                        Plaintiff,

v.                                                           Case No.: 1:07−cv−06662
                                                             Honorable Wayne R. Andersen

Galdoni LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:( Status hearing set for 6/3/2008 at 09:30 AM.)(TIME CHANGE ONLY)Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.