# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 6662 | **DATE** | 6/5/2008 |
| **CASE TITLE** | Diane Madsen vs. Galdoni et al | | |

**DOCKET ENTRY TEXT**

Enter order. Plaintiff shall be awarded the sum of sixty-one thousand two hundred dollars in back pay damages. Plaintiff shall be awarded the sum of five thousand in emotional distress damages. Plaintiff shall be awarded all costs expended in pursuit of this litigation, and shall file a bill of costs in support of those costs. Plaintiff's attorneys shall be awarded the amount of ten thousand five hundred dollars in attorney's fees.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: TSA