

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANE MADSEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GALDONI, LLC )<br>d/b/a/ VESUVIO CAFÉ and )<br>CAFÉ VESUVIO, )<br>)<br>Defendant. ) | Case No. 07-C-6662<br><br>Judge Andersen<br>Magistrate Judge Ashman |

### ORDER

This matter, having come to be heard for Plaintiff's Prove-Up on Damages, with judgment having been entered for the Plaintiff, and with the Court fully apprised of the premises herein, it is so ordered:

1. Plaintiff shall be awarded the sum of sixty-one thousand two hundred dollars ($61,200.00) in back pay damages.

2. Plaintiff shall be awarded the sum of five thousand dollars ($5,000.00) in emotional distress damages.

3. Plaintiff shall be awarded all costs expended in pursuit of this litigation, and shall file a bill of costs in support of those costs.

4. Plaintiff's attorneys shall be awarded the amount of ten thousand five hundred dollars ($10,500.00) in attorney's fees.

_____
Wayne R. Andersen, United States District Judge
Northern District of Illinois

June 5, 2008